IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK KELLEY, JR., | ) | 1:07-cv-00081-SMS-PC |
| Plaintiff, | ) ) | ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| vs. | ) ) | |
| D. PEELER, | ) | (Doc. 1.) |
| Defendant. | ) ) ) | ORDER FOR CLERK TO CLOSE THIS CASE |

Patrick Kelley, Jr. ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 17, 2007. (Doc. 1.). On February 1, 2007, Plaintiff consented to Magistrate Judge jurisdiction, and no other party has appeared. 28 U.S.C. § 636(c)(1). (Doc. 4.) On October 24, 2008, this action was reassigned to the undersigned to conduct all further proceedings in this case. (Doc. 10.)

On January 29, 2009, the court dismissed the complaint for Plaintiff's failure to state a claim, with leave to amend within thirty days. (Doc. 11.). 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///

///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

1. This action is DISMISSED, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted; and

2. The Clerk is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated: March 19, 2009**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE